IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SONNY LEROY CARSTEN,<br><br>Defendant. | CR 23-133-BLG-SPW<br><br>**ORDER VACATING<br>DETENTION HEARING** |

Defendant has filed a motion to vacate the detention hearing. (Doc. 18.) Accordingly, IT IS HEREBY ORDERED that the detention hearing currently set for December 7, 2023, at 9:30 a.m. is VACATED.

DATED this 6th day of December, 2023.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge